**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KAZENERCOM TOO;<br>ASSOCIATION OF KAZAKH<br>INVESTORS AND<br>ENTREPRENEURERS;<br>PUBLIC FOUNDATION OUR HOUSE<br>KAZAKHSTAN;<br>KINOZHUZ;<br>YERKIN BEKTAYEV;<br>BERIK BEKTAY;<br>KANET MEIRMANOV | CIVIL ACTION No. 08cv1339-ESH<br><br><br>**PLAINTIFF KAZENERCOM TOO'S**<br><br>**DISCLOSURE PURSUANT TO**<br>**RULE 7.1** |

    Plaintiffs

v.

TURAN PETROLEUM, INC.;
TREK RESOURCES, INC.;
IBAR DEVELOPMENT LLC;
IBAR VENTURES LLC;
ASKAR ("AKAR") KARABAYEV;
ANATOLY ("TONY") VANETIK;
NAUM VOLOSHIN;
TIMUR KOICHUMANOV;
ALEXANDER KUSHNERENKO;
ALEX STRIGANOV;
and DOES from 1 to 100

    Defendants

      TO COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that Plaintiff Kazenercom TOO, pursuant to F.R.Civ.P.

7.1, states that it has no parent corporate entity and that no publicly held corporation

holds 10% or more in its stock.

      Verification by said Plaintiff's authorized person is annexed.

1

Dated: August 13, 2008

Respectfully submitted:

_____
GEORGE LAMBERT, Esq.
District of Columbia bar #979327
Law Offices
1025 Connecticut Ave., Suite 1000 NW
Washington, D.C., 20036
Tel. (202) 640 1897, Fax (202) 857 9799
Attorneys for Plaintiffs
E-mail:  LawDC10@aol.com

## VERIFICATION

I, Yerkin Bektaeyv, Director of Kazenercom TOO, state and depose under the penalties of perjury that I have read the foregoing Statement and know the contents therefore. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 8, 2008

Yerkin K. Bektaeyv,
Kazenercom TOO