UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAZENERCOM TOO;<br>ASSOCIATION OF KAZAKH INVESTORS AND ENTREPRENEURERS;<br>PUBLIC FOUNDATION OUR HOUSE KAZAKHSTAN;<br>KINOZHUZ;<br>YERKIN BEKTAYEV;<br>BERIK BEKTAY;<br>KANET MEIRMANOV<br><br>    Plaintiffs<br><br>v.<br><br>TURAN PETROLEUM, INC.;<br>TREK RESOURCES, INC.;<br>IBAR DEVELOPMENT LLC;<br>IBAR VENTURES LLC;<br>ASKAR ("AKAR") KARABAYEV;<br>ANATOLY ("TONY") VANETIK;<br>NAUM VOLOSHIN;<br>TIMUR KOICHUMANOV;<br>ALEXANDER KUSHNERENKO;<br>ALEX STRIGANOV;<br>and DOES from 1 to 100<br><br>    Defendants | CIVIL ACTION No. 08cv1339-ESH<br><br>**PLAINTIFF KINOZHUZ**<br><br>**DISCLOSURE PURSUANT TO RULE 7.1** |

<u>TO COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:</u>

PLEASE TAKE NOTICE that Plaintiff KINOZHUZ, pursuant to F.R.Civ.P. 7.1, states that it has no parent corporate entity and that no publicly held corporation holds 10% or more in its stock.

Verification by said Plaintiff's authorized person is annexed.

1

Dated: August 13, 2008

    Respectfully submitted:

                      _____
                      GEORGE LAMBERT, Esq.
                      District of Columbia bar #979327
                      Law Offices
                      1025 Connecticut Ave., Suite 1000 NW
                      Washington, D.C., 20036
                      Tel. (202) 640 1897, Fax (202) 857 9799
                      Attorneys for Plaintiffs
                      E-mail:  LawDC10@aol.com

## VERIFICATION

I, Gorabek Musabayev, General Director of KINOZHUZ, state and depose under the penalties of perjury that I have read the foregoing Statement and know the contents therefore. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 8, 2008

/s/ _____
Gorabek Musabayev, General director
KINOZHUZ