UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KAZENERCOM TOO<br>(corporation under laws of Kazakhstan, at Dostryk Street 33, #2, Almaty, Kazakhstan);<br><br>ASSOCIATION OF KAZAKH INVESTORS AND ENTREPRENEURERS<br>(not-for-profit corporation under laws of Kazakhstan, Tynybayev Street, 49-303, Shymkent, Kazkhstan);<br><br>PUBLIC FOUNDATION OUR HOUSE KAZAKHSTAN<br>(not-for profit corporation under laws of Kazakhstan, Dorozhnik 44-8, Almaty, Kazakhstan);<br><br>KINOZHUZ<br>(corporation under laws of Kazakhstan, Tauke-Khana Street, 35B, Shymkent, Kazakhstan);<br><br>YERKIN BEKTAYEV<br>(citizen of Kazakhstan, address: a/o Kazenercom TOO, Dostyk St., 33, #2, Almaty, Kazakhstan):<br><br>BERIK BEKTAY<br>(citizen of Kazakhstan, address: Mametova 33, Shymkent, Kazakhstan);<br><br>KANET MEIRMANOV<br>(citizen of Kazakhstan, address: c/o KazenercomTOO, Dostyk Str., 33 #2, Almaty, Kazakhstan);<br><br>    Plaintiffs<br><br>v. | CIVIL ACTION No. 08cv1339-ESH<br><br>**PLAINTIFFS'**<br><br>**IDENTIFICATION OF ADDRESSES OF ALL PARTIES**<br><br>**PURSUANT TO**<br>**LOCAL CIVIL RULE 5.1 (e) (1)** |

1

TURAN PETROLEUM, INC.
(Nevada corporation, 502 North Division Street, Carson City, NV 89703 and/or 940 South Coast Dr. #100, Costa Mesa, CA 92626);

TREK RESOURCES, INC.
(Nevada corporation, 502 North Division Street, Carson City, NV 89703 and/or 940 South Coast Dr. #100, Costa Mesa, CA 92626);

IBAR DEVELOPMENT LLC
(California corporation, 940 South Coast Dr. #100, Costa Mesa, CA 92626);

IBAR VENTURES LLC
(Delaware corporation, c/o National Corporate Research Ltd., 615 South Dupont Highway, Dover, DE 19901, and/or 940 South Coast Dr. #100, Costa Mesa, CA 92626);

ASKAR (aka "AKAR") KARABAYEV
(c/o 940 South Coast Dr. #100, Costa Mesa, CA 92626);

ANATOLY (aka "TONY") VANETIK
(c/o 940 South Coast Dr. #100, Costa Mesa, CA 92626);

NAUM VOLOSHIN
(c/o 940 South Coast Dr. #100, Costa Mesa, CA 92626);

TIMUR KOICHUMANOV
(c/o 940 South Coast Dr. #100, Costa Mesa, CA 92626);

ALEXANDER KUSHNERENKO
(c/o 940 South Coast Dr. #100, Costa Mesa, CA 92626);

ALEX STRIGANOV
(c/o 940 South Coast Dr. #100, Costa Mesa, CA 92626);

and DOES from 1 to 100

  Defendants

TO COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 5.1 (e) (1), Plaintiffs identify the addresses of the parties, as indicated in the caption above.


Dated: August 12, 2008

    Respectfully submitted:

/s/_____
GEORGE LAMBERT, Esq.
District of Columbia bar #979327
Law Offices
1025 Connecticut Ave., Suite 1000 NW
Washington, D.C., 20036
Tel. (202) 640 1897, Fax (202) 857 9799
Attorneys for Plaintiffs
E-mail:  LawDC10@aol.com