UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KAZENERCOM TOO; ASSOCIATION OF KAZAKH INVESTORS AND ENTREPRENEURS; PUBLIC FOUNDATION OUR HOUSE KAZAKHSTAN; KINOZHUZ; YERKIN BEKTAYEV; BERIK BEKTAY; KANET MEIRMANOV, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:08-cv-01339 (ESH) |
| v. | ) ) | |
| TURAN PETROLEUM, INC.; TREK RESOURCES, INC.; IBAR DEVELOPMENT, LLC; IBAR VENTURES, LLC; ASKAR ("AKAR") KARABAYEV; ANATOLY ("TONY") VANETIK; NAUM VOLOSHIN; TIMUR KOICHUMANOV; ALEXANDER KUSHNERENKO; ALEX STRIGANOV; and DOES from 1 to 100, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS TURAN PETROLEUM, INC., IBAR DEVELOPMENT, LLC, AND IBAR VENTURES, LLC's DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS AS REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Defendants Turan Petroleum, Inc.; IBAR Development, LLC; and IBAR Ventures, LLC, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Turan Petroleum, Inc.; IBAR Development, LLC; or IBAR Ventures, LLC, which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

            /s/ _____

CORNISH F. HITCHCOCK
     D.C. Bar No. 238824
Hitchcock Law Firm PLLC
1200 G Street, NW
Washington, DC 2005
Telephone: (202) 684-6610
Facsimile: (202) 315-3552


Of Counsel:

            /s/ _____

SYLVIA M. SCOTT
     CA State Bar No. 134360 (not admitted in DC)
Freeman, Freeman & Smiley, LLP
3415 S. Sepulveda Boulevard
Penthouse Suite
Los Angeles, CA 90034
Telephone: (310) 255-6100
Facsimile: (310) 391-4042

August 25, 2008            Attorneys for Defendants
Turan Petroleum, Inc.; IBAR Development, LLC;
IBAR Ventures, LLC; Askar Karabayev; Naum
Voloshin; Timur Koichumanov; and Alex Striganov