UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAZAKHENERGOCOM TOO;<br>ASSOCIATION OF KAZAKH<br>INVESTORS AND<br>ENTREPRENEURERS;<br>PUBLIC ASSOCIATION OUR<br>KAZAKHSTAN;<br>KINOZHUZ TOO;<br>YERKIN BEKTAYEV;<br>BERIK BEKTAY<br><br>   Plaintiffs<br><br>v.<br><br>TURAN PETROLEUM, INC.;<br>TREK RESOURCES, INC.;<br>IBAR DEVELOPMENT LLC;<br>IBAR VENTURES LLC<br>ASKAR KARABAYEV;<br>ANATOLY ("TONY") VANETIK;<br>NAUM VOLOSHIN;<br>TIMUR KOICHUMANOV;<br>ALEXANDER KUSHNERENKO;<br>ALEX STRIGANOV;<br>and DOES from 1 to 100<br><br>   Defendants | CIVIL ACTION No. 08cv1339-ESH<br><br><br><br>**PROOF OF SERVICE**<br><br><br><br>**LCvR 5.3** |

TO COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Plaintiffs respectfully file herewith the Proof of Service of Summons, issued by

this Court, and of the Verified Complaint in the above captioned action Docket No.

08cv1339-ESH on defendant TREK RESOURCES, INC.

Date: August 18, 2008


Respectfully submitted:

                                       _____
                                       GEORGE LAMBERT, Esq.
                                       District of Columbia bar #979327
                                       Law Offices
                                       1025 Connecticut Ave., Suite 1000 NW
                                       Washington, D.C., 20036
                                       Tel. (202) 640 1897
                                       Attorneys for Plaintiffs
                                       E-mail: LawDC10@aol.com

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Kazakhenergokom TOO, Association of
Kazakh Investors and Entrepreneurs, Public
Foundation Our House Kazakhstan,
Kinozhuz, et al.

**SUMMONS IN A CIVIL CASE**

V.

Turan Petroleum, Inc., Trek Resources, Inc., Ibar
Development LLC, Ibar Ventures LLC, Askar
Karabayev, Anatoly Vanetik, Naum Voloshin, Timur
Koichumanov, Alexander Kushnerenko, Alex Stoganov

Case: 1:08-cv-01339
Assigned To : Huvelle, Ellen S.
Assign. Date : 8/4/2008
Description: General Civil

TO: (Name and address of Defendant)

TREK RESOURCES, INC.
c/o corporate office at: 940 South Coast Drive, #100, Costa
Mesa, CA 92626; and/or: c/o 502 North Division Street,
Carson City, NV 89703 (corporate agent)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George Lambert, Esq., Law Offices,
1025 Connecticut Avenue, 1000, NW,
Washington, D.C., 20036

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                     AUG - 4 2008
CLERK                                          DATE

(By) DEPUTY CLERK

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CASE NO.: 1:08-CV-01339

### AFFIDAVIT OF SERVICE

**KAZAKHENERGOKUM TOO**

    Plaintiff/Petitioner,

vs.

**TURAN PETROLEUM**

    Defendant/Respondent.

_____

Received by **JPL Process Service** on **08/05/2008** at **01:42 PM** to be served upon:

**TREK RESOURCES, INC.**

```
STATE OF CALIFORNIA
COUNTY OF LOS ANGELES    ss.
```

I, **Richard Martin**, depose and say that:

I am a Registered Process Server in the state of California.

On **08/05/2008** at **03:00 PM**, I served the within **SUMMONS; VERIFIED COMPLAINT; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE US MAGISTRATE JUDGE; INITIAL ELECTRONIC CASE FILING ORDER; ELECTRONIC CASE FILES REGISTRATION FORM;** on **TREK RESOURCES, INC.** at **940 SOUTH COAST DRIVE SUITE 100, Costa Mesa, CA 92626** in the manner indicated below:

By delivering a true copy of this process to **ROBERT KUMAR, CONSULTANT/ OFFICER IN CHARGE AUTHORIZED TO ACCEPT ON BEHALF OF** of the above named corporation and informing him/her of the contents.

Description of person served:
**Sex: Male – Age: 40S – Skin: Middle Eastern – Hair: Black – Height: 5'9" – Weight: 185LBS**

At the time of service I was over the age of 18, am not a party to the above action, and am a Registered Process Server in good standing, in the judicial district in which this process was served.

I declare under penalties of perjury under the laws of the state of California that the foregoing is true and correct.

```
X  /s/ Richard Martin  8-6-08
   Richard Martin - PSC - 4703
   JPL Process Service
   P.O. Box 918
   Midway City, CA  92655
   866.754.0520
   Atty File#:   - Our File# 9368
```

AO 440 (Rev DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left _____

☐ Returned unexecuted: _____

_____
_____

☐ Other (specify): _____

_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                   Signature of Server

                         _____
                              Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in a delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to a trial of your case by a United States Magistrate Judge. By statute, 28 U.S.C. § 636(c), Fed.R.Civ.P.73 and Local Rule 502, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

## WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Rule 206 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are **not** foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Attached is a copy of the "Consent to Proceed Before a United States Magistrate Judge for All Purposes" form. Your response should be made to the Clerk of the United States District Court only.

## WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned for all purposes to a Magistrate Judge.

CO-942A
Rev 3/95
Rev 7/99

Rev. 4/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## INITIAL ELECTRONIC CASE FILING ORDER

Subsequent filings in this case must be made electronically using the Court's Electronic Case Filing System (ECF) pursuant to Local Rule 5.4.

ORDERED that counsel shall:

- Submit in paper, the original and copy of the complaint/notice of removal/petitions for habeas corpus and any accompanying papers (**not including summons and civil cover sheets**). Additionally, litigants are hereby required to provide those filings in PDF Format on a floppy disk or CD-Rom compact disk. The disk should be clearly labeled with the case number (if known) and the name of the parties. If unable to deliver the filing on a disk at the time of the new case filing, counsel should e-mail the initiating document and accompanying papers to dcd_cmecf@dcd.uscourts.gov by the close of business the day the new case was filed. Failure to supply electronic copies of the new case in a timely manner, will result in the attorney's name being added to the attorney non-compliant list and shared with the Court's ECF Judge's Committee. **Regardless of what option counsel chooses, the complaint/notice** of removal and accompanying papers must come to the Court as PDF documents. Each exhibit to the new case shall be in a separate PDF file. Failure to submit PDF versions of the complaint/notice of removal and other documents will delay the opening of the case in ECF.

- Register, if not previously registered, to become an electronic filer by completing and returning the enclosed ECF Registration Form found on the Court's Website at (www.dcd.uscourts.gov). The login and password are case specific and can be used for all cases.

- Make all subsequent filings electronically. This is <u>mandatory</u>.

- Have a PACER (Public Access to Court Electronic Records) account, in order to view dockets and documents. Call 1-800-676-6856 or visit www.pacer.psc.uscourts.gov for additional information.

- Schedule a training class at the Courthouse by going to the Court's ECF Internet Website (www.dcd.uscourts.gov/ecf.html). Also, filing instructions and an interactive tutorial can be found at this Internet Website.



ELLEN SEGAL HUVELLE, ESH
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## ELECTRONIC CASE FILES
## Attorney/Participant Registration Form

## LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system and to subscribe to the ECF EMail (Listserver) notification service. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system. Listserver subscribers receive email messages whenever the Court wishes to electronically notify ECF registrants of pertinent ECF information.

The following information is required for registration:

If you are appointed pro bono or pro hac vice, please provide the case number: _____

First Name/Middle Initial/Last Name _____ ___ _____

Last four digits of Social Security Number _____

DC Bar ID#: _____

Firm Name _____

Firm Address _____
_____
_____

Voice Phone Number _____

FAX Phone Number _____

Internet E-Mail Address _____

By submitting this registration form, the undersigned agrees to abide by the following rules:

1. This system is for use only in cases permitted by the *U.S. District Court for the District of Columbia.* It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet, www.dcd.uscourts.gov, website to schedule training.

2. Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. An attorney's/participant's password issued by the court combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court.

If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. This should include the resignation or reassignment of the person with authority to use the password. The Court will immediately delete that password from the electronic filing system and issue a new password.

3. An attorney's/participant's registration will not waive conventional service of a summons and complaint, subpoena, or other judicial process; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of pleadings, documents, and orders in actions in which such attorney/participant has not entered an appearance. An attorney's/participant's registration will constitute a waiver in law only of conventional service of other non-process pleadings, documents, and orders in the case. The attorney/participant agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

4. Upon receipt of your login and password, you are strongly encouraged to change your password, which may be done through the Utilities function, to a name easily recalled. **You may be subjected to a fee, should the Clerk's Office have to create a new password for you, or alternatively, you may be required to appear in person to receive your new password.**

5. Attorneys who are active members of the bar of this Court, or government attorneys who are employed or retained by the United States, or who have been permitted to proceed *pro hac vice*, must file pleadings electronically.

Please return this form to:

U.S. District Court for the District of Columbia
Attn: Attorney Admissions
333 Constitution Avenue NW, Room 1825
Washington, DC 20001

Or FAX to:

Peggy Trainum
U.S. District Court for the District of Columbia
(202) 354-3023


Applicant's Signature _____


Full Last Name _____      Initial of First Name _____      Last 4 Digits SS# _____

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Kazakhenergokom TOO, Association of
Kazakh Investors and Entrepreneurs, Public
Foundation Our House Kazakhstan,
Kinozhuz, et al.

**SUMMONS IN A CIVIL CASE**

V.

Turan Petroleum, Inc., Trek Resources, Inc., Ibar
Development LLC, Ibar Ventures LLC, Askar
Karabayev, Anatoly Vanetik, Naum Voloshin, Timur
Kolcnumanov, Alexander Kushnerenko, Alex Striganov

Case: 1:08-cv-01339
Assigned To : Huvelle, Ellen S.
Assign. Date : 8/4/2008
Description: General Civil

TO: (Name and address of Defendant)

TREK RESOURCES, INC.
c/o corporate office at: 940 South Coast Drive, #100, Costa
Mesa, CA 92626; and/or, c/o 502 North Division Street
Carson City, NV 89703 (corporate agent)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George Lambert, Esq., Law Offices,
1025 Connecticut Avenue, 1000, NW,
Washington, D.C., 20036

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                     AUG - 4 2008
CLERK                                          DATE

(By) DEPUTY CLERK

**ORIGINAL**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE August 5th, 2008 @ 3:37PM |
| NAME OF SERVER (PRINT) Michele Carcuti | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): TREK RESOURCES, INC. Resident Agent. Corporate Service of Nevada 204 Curry Street, Carson City, Nevada @ 3:37pm Accepted by April Logan (Office Manager)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/18/08
    Date        Signature of Server

LEGAL PROCESS SERVICE
105 MARY STREET
RENO, NV 89509
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure