**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

KAZAKHENERGOCOM TOO;
ASSOCIATION OF KAZAKH INVESTORS AND ENTREPRENEURERS;
PUBLIC ASSOCIATION OUR KAZAKHSTAN;
KINOZHUZ TOO;
YERKIN BEKTAYEV;
BERIK BEKTAY

Plaintiffs

v.

TURAN PETROLEUM, INC.;
TREK RESOURCES, INC.;
IBAR DEVELOPMENT LLC;
IBAR VENTURES LLC;
ASKAR KARABAYEV;
ANATOLY ("TONY") VANETIK;
NAUM VOLOSHIN;
TIMUR KOICHUMANOV;
ALEXANDER KUSHNERENKO;
ALEX STRIGANOV;
and DOES from 1 to 100

Defendants

CIVIL ACTION No. 08cv1339-ESH

**PROOF OF SERVICE**

**LCvR 5.3**

TO COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs respectfully file herewith the Proof of Service of Summons, issued by this Court, and of the Verified Complaint in the above captioned action Docket No. 08cv1339-ESH on defendant TIMUR KOICHUMANOV.

Date: August 25, 2008

Respectfully submitted:

__________________________

GEORGE LAMBERT, Esq.
District of Columbia bar #979327
Law Offices
1025 Connecticut Ave., Suite 1000 NW
Washington, D.C., 20036
Tel. (202) 640 1897
Attorneys for Plaintiffs
E-mail: LawDC10@aol.com

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Kazakhenergokom TOO, Association of Kazakh Investors and Entrepreneurs, Public Foundation Our House Kazakhstan, Kinozhuz, et al.

**SUMMONS IN A CIVIL CASE**

V.

Turan Petroleum, Inc., Trek Resources, Inc., Ibar Development LLC, Ibar Ventures LLC, Askar Karabayev, Anatoly Vanetik, Naum Voloshin, Timur Koichumanov, Alexander Kushnerenko, Alex Striganov

CASE

Case: 1:08-cv-01339
Assigned To : Huvelle, Ellen S.
Assign. Date : 8/4/2008
Description: General Civil

TO: (Name and address of Defendant)

TIMUR KOICHUMANOV
c/o office of Turan Petroleum Inc., 940 South Coast Drive, #100, Costa Mesa, CA 92626; and/or: c/o 502 North Division Street, Carson City, NV 89703 (corporate agent)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George Lambert, Esq., Law Offices,
1025 Connecticut Avenue, 1000, NW,
Washington, D.C., 20036

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

AUG - 4 2008

DATE

(By) DEPUTY CLERK

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

**CASE NO.: 1:08-CV-01339**

**AFFIDAVIT OF SERVICE**

**KAZAKHENERGOKUM TOO**

Plaintiff/Petitioner,

vs.

**TURAN PETROLEUM**

Defendant/Respondent.

Received by **JPL Process Service** on **08/05/2008** at **01:42 PM** to be served upon:

**TIMUR KOICHUMANOV**

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES ss.

I, **Richard Martin**, depose and say that:

I am a Registered Process Server in the state of California.

On **08/05/2008** at **03:00 PM**, I served the within **SUMMONS; VERIFIED COMPLAINT; NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE US MAGISTRATE JUDGE; INITIAL ELECTRONIC CASE FILING ORDER; ELECTRONIC CASE FILES REGISTRATION FORM;** on **TIMUR KOICHUMANOV** at **940 SOUTH COAST DRIVE SUITE 100, Costa Mesa, CA 92626** in the manner indicated below:

By leaving a true copy of this process at the within named person's usual place of business with any person therein who is of suitable age and discretion and informing the person of the contents:

NAME: **ROBERT KUMAR** TITLE/RELATION: **CONSULTANT/ OFFICER IN CHARGE AUTHORIZED TO ACCEPT ON BEHALF OF**

Description of person served:
**Sex: Male – Age: 40S – Skin: Middle Eastern – Hair: Black – Height: 5'9 – Weight: 185LBS**

At the time of service I was over the age of 18, am not a party to the above action, and am a Registered Process Server in good standing, in the judicial district in which this process was served.

I declare under penalties of perjury under the laws of the state of California that the foregoing is true and correct.

x [signature] 8-6-08
Richard Martin - PSC - 4703
JPL Process Service
P.O. Box 918
Midway City, CA 92655
866.754.0520
Atty File#: - Our File# **9374**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☐ Other (specify): ____________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ ____________________
*Date* *Signature of Server*

____________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Nancy M. Mayer-Whittington
Clerk

## NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in a delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to a trial of your case by a United States Magistrate Judge. By statute, 28 U.S.C. § 636(c), Fed.R.Civ.P.73 and Local Rule 502, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

### WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Rule 206 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are not foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Attached is a copy of the "Consent to Proceed Before a United States Magistrate Judge for All Purposes" form. Your response should be made to the Clerk of the United States District Court only.

### WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned for all purposes to a Magistrate Judge.

Rev. 4/06

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

# INITIAL ELECTRONIC CASE FILING ORDER

Subsequent filings in this case must be made electronically using the Court's Electronic Case Filing System (ECF) pursuant to Local Rule 5.4.

ORDERED that counsel shall:

- Submit in paper, the original and copy of the complaint/notice of removal/petitions for habeas corpus and any accompanying papers (**not including summons and civil cover sheets**). Additionally, litigants are hereby required to provide those filings in PDF Format on a floppy disk or CD-Rom compact disk. The disk should be clearly labeled with the case number (if known) and the name of the parties. If unable to deliver the filing on a disk at the time of the new case filing, counsel should e-mail the initiating document and accompanying papers to dcd_cmecf@dcd.uscourts.gov by the close of business the day the new case was filed. Failure to supply electronic copies of the new case in a timely manner, will result in the attorney's name being added to the attorney non-compliant list and shared with the Court's ECF Judge's Committee. **Regardless of what option counsel chooses, the complaint/notice** of removal and accompanying papers must come to the Court as PDF documents. Each exhibit to the new case shall be in a separate PDF file. Failure to submit PDF versions of the complaint/notice of removal and other documents will delay the opening of the case in ECF.

- Register, if not previously registered, to become an electronic filer by completing and returning the enclosed ECF Registration Form found on the Court's Website at (www.dcd.uscourts.gov). The login and password are case specific and can be used for all cases.

- **Make all subsequent filings electronically. This is mandatory.**

- Have a PACER (Public Access to Court Electronic Records) account, in order to view dockets and documents. Call 1-800-676-6856 or visit www.pacer.psc.uscourts.gov for additional information.

- Schedule a training class at the Courthouse by going to the Court's ECF Internet Website (www.dcd.uscourts.gov/ecf.html). Also, filing instructions and an interactive tutorial can be found at this Internet Website.

ELLEN SEGAL HUVELLE, ESH

UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## ELECTRONIC CASE FILES
## Attorney/Participant Registration Form

### LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system and to subscribe to the ECF EMail (Listserver) notification service. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system. Listserver subscribers receive email messages whenever the Court wishes to electronically notify ECF registrants of pertinent ECF information.

The following information is required for registration:

If you are appointed pro bono or pro hac vice, please provide the case number: ____________

First Name/Middle Initial/Last Name ____________ ___ ____________

Last four digits of Social Security Number ________

DC Bar ID#: ____________

Firm Name ____________

Firm Address ____________

____________

____________

Voice Phone Number ____________

FAX Phone Number ____________

Internet E-Mail Address ____________

By submitting this registration form, the undersigned agrees to abide by the following rules:

1. This system is for use only in cases permitted by the ***U.S. District Court for the District of Columbia.*** It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet, www.dcd.uscourts.gov, website to schedule training.

2. Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. An attorney's/participant's password issued by the court combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court.

If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. This should include the resignation or reassignment of the person with authority to use the password. The Court will immediately delete that password from the electronic filing system and issue a new password.

3. An attorney's/participant's registration will not waive conventional service of a summons and complaint, subpoena, or other judicial process; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of pleadings, documents, and orders in actions in which such attorney/participant has not entered an appearance. An attorney's/participant's registration will constitute a waiver in law only of conventional service of other non-process pleadings, documents, and orders in the case. The attorney/participant agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

4. Upon receipt of your login and password, you are strongly encouraged to change your password, which may be done through the Utilities function, to a name easily recalled. **You may be subjected to a fee, should the Clerk's Office have to create a new password for you, or alternatively, you may be required to appear in person to receive your new password.**

5. Attorneys who are active members of the bar of this Court, or government attorneys who are employed or retained by the United States, or who have been permitted to proceed *pro hac vice*, must file pleadings electronically.

Please return this form to:

U.S. District Court for the District of Columbia
Attn: Attorney Admissions
333 Constitution Avenue NW, Room 1825
Washington, DC 20001

Or FAX to:

Peggy Trainum
U.S. District Court for the District of Columbia
(202) 354-3023

Applicant's Signature ______________________

______________________ ______ __________

Full Last Name Initial of First Name Last 4 Digits SS#

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Kazakhenergokom TOO, Association of Kazakh Investors and Entrepreneurs, Public Foundation Our House Kazakhstan, Kinozhuz, et al.

V.

Turan Petroleum, Inc., Trek Resources, Inc., Ibar Development LLC, Ibar Ventures LLC, Askar Karabayev, Anatoly Vanetik, Naum Voloshin, Timur Koichumanov, Alexander Kushnerenko, Alex Striganov

**SUMMONS IN A CIVIL CASE**

CASE

Case: 1:08-cv-01339
Assigned To : Huvelle, Ellen S.
Assign. Date : 8/4/2008
Description: General Civil

TO: (Name and address of Defendant)

TIMUR KOICHUMANOV
c/o office of Turan Petroleum Inc., 940 South Coast Drive, #100, Costa Mesa, CA 92626; and/or: c/o 502 North Division Street, Carson City, NV 89703 (corporate agent)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George Lambert, Esq., Law Offices,
1025 Connecticut Avenue, 1000, NW,
Washington, D.C., 20036

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service

NANCY M. MAYER-WHITTINGTON
CLERK

AUG - 4 2008
DATE

(By) DEPUTY CLERK

STATE OF NEVADA )
) ss
COUNTY OF CARSON )

## AFFIDAVIT OF DELIVERY

I, **Julie Mitchell** being duly sworn says: That at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to or interested in the proceeding in which this affidavit is made. That Affiant received the within **Summons in a Civil Action; Verified Complaint for Damages, Imposition of Constructive Trust and Orders** on the 8th day of **August, 2008,** and serving the same on the 8th day of **August, 2008,** at **3:26PM,** upon the Recipient, **Timur Kolchumanov** leaving a copy with **April Logan, Office Manager** at **Corporate Services of Nevada, 204 Curry St., Carson City, Nevada.**

Affiant, Julie Mitchell

SUBSCRIBED AND SWORN to before me this 9th day of August, 2008.

NOTARY PUBLIC

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
NICHOLE P. CARRUTH
Appt. No. 04-89085-1
My Appt. Expires June 4, 2009

Legal Process Service

ТОО"ПОНИ ЭКСПРЕСС"
РЕГИСТРАЦ. N 26199
С 60305 N 0038898
11.08.08 00056543
РНН # 600500090439
2 *807
НДС 13% *93Н
ИТОГ *807
N1459 ф 16-45

8076-7470

ЭКСПЕДИТОРСКАЯ РАСПИСКА)

8076-7470

**PONY EXPRESS**

Russia · CIS · Worldwide
Россия · СНГ · Весь мир

Центральные офисы PONY EXPRESS в странах СНГ:
Москва (495) 937-77-77
Алматы (3272) 58-33-33
Киев (1038-044) 428-79-40
www.ponyexpress.ru
www.ponyexpress.kz

| Время | ORG | DEST |
|---|---|---|
| | | |

## Отправитель/Sender

Ф.И.О. отправителя / Sender's name

Телефон / Phone

Город / City

Страна / Country

Область / State

Район / Area

Адрес / Address

Примечание отправителя (первые 10 символов будут указаны в примечании к счету) / Sender's reference

## Получатель/Receiver

Код получателя / Receiver's code

Ф.И.О. получателя / Receiver's name

Компания / Company

Телефон / Phone

Город / City

Страна / Country

Область / State

Район / Area

До востребования / Hold

Адрес / Address

Индекс / Postal code

## Описание отправления/Shipment details

Только документы / Documents only

Описание вложения / Description of contents

Опасный груз / Dangerous shipment

Количество мест / Pieces

Вес (кг) / Weight

Контр. взвеш. (кг)

Объем. вес (кг)

Направление / Destination: За рубеж / International; Внутри страны / Domestic; Внутри города / Intracity

Категория отправления

Режим доставки / Services: Суперэкспресс / Midday express; Экспресс / Express; Эконом / Econom

Спец. инструкции / Special instructions

Внутр. инструкции

## Информация об оплате/Payment information

Объявленная ценность (в национальной валюте) / Declared value

Основной тариф

Оплата/Payment

Отправителем / Sender; Получателем / Receiver; 3-й стороной / 3rd party

Доп. сбор за ценность

Услуги логистики

Код плательщика / Payer's code

Прочие услуги

НДС

По счету / Invoice; Наличными / Cash

Сумма платежа

## Прием отправления/Acceptance

Я подтверждаю, что отправление не содержит предметы, запрещенные к пересылке. Обязуюсь соблюдать все правила и условия, изложенные в Руководстве по услугам Исполнителя.

Подпись отправителя / Sender's signature

Соглашение между Исполнителем и Заказчиком о приеме Груза на условиях, изложенных в Руководстве, считается заключенным с момента подписания Отправителем (Заказчиком) бланка накладной.

Примечания экспедитора

Переадресация; Возврат

Подпись сотрудника; №

Код безопасности отправления / Security code

## Подтверждение доставки/Proof of delivery

Я подтверждаю, что отправление доставлено и вручено в закрытом виде, без внешних повреждений упаковки, упаковочных материалов и пломб, вес отправления соответствует весу, определенному при его приеме.

Подпись получателя / Receiver's signature

Ф.И.О. получателя / Receiver's name

Дата / Date: / /

Время / Time

№

Копия отправителя/Sender's copy

8076-7470

**PONY EXPRESS**

Russia · CIS · Worldwide
Россия · СНГ · Весь мир

Центральные офисы PONY EXPRESS в странах СНГ: Москва (495) 937-77-77; Алматы (3272) 58-33-33; Киев (1038-044) 428-79-40
www.ponyexpress.ru
www.ponyexpress.kz

8076-7470

**НАКЛАДНАЯ (ЭКСПЕДИТОРСКАЯ РАСПИСКА)**

8076-7470

Дата/Date: 11/08/08 Время: 16:35 ORG: ALA DEST: ALA

**Отправитель/Sender**

Код отправителя/Sender's code:
Ф.И.О. отправителя/Sender's name: ЭСУМАДИЛ
Компания/Company: ТОО "KAZENERCOM"
Телефон/Phone: 8701 7203737
Город/City: ALMATY
Страна/Country: KAZAKHSTAN
Область/State:
Район/Area:
Адрес/Address: DOSTYK 33
Примечание отправителя (первые 10 символов будут указаны в примечании к счету)/Sender's reference:

**Получатель/Receiver**

Код получателя/Receiver's code:
Ф.И.О. получателя/Receiver's name: TIMUR KOICHUMANOV
Компания/Company: ТОО "ТУРАН-ЭНЕРГПЕТРОЛЕУМ"
Телефон/Phone:
Город/City: ALMATY
Страна/Country: KAZAKHSTAN
Область/State:
Район/Area: МЕДЕУСКИЙ
До востребования/Hold
Адрес/Address: Furmanov 65 cab. 415 / Розыбакиева 68, кв 11
Индекс/Postal code:

**Описание отправления/Shipment details**

Только документы/Documents only: Summons in a civil (case)
Опасный груз/Dangerous goods
Количество мест/Pieces; Вес (кг)/Weight; Объем. вес (кг)
Направление/Destination: За рубеж/International; Внутри страны/Domestic; Внутри города/Intracity
Категория отправления
Режим доставки/Services: Суперэкспресс/Monday express; Экспресс/Express; Эконом/Economy
Спец. инструкции/Special instructions
Внутр. инструкции

Stamp: PONY EXPRESS ПЕН ЖЕТКІЗГЕН / DELIVERED BY PONY EXPRESS / ДОСТАВЛЕНО PONY EXPRESS / ТЕЛ. (3272) 58-33-33

**Информация об оплате/Payment information**

Объявленная ценность (в национальной валюте)/Declared value:
Основной тариф: 270
Доп. сбор за ценность:
Оплата/Payment: Отправителем/Sender ✓; Получателем/Receiver; 3-й стороной/3rd party
Услуги логистики:
Код плательщика/Payer's code:
Прочие услуги: 270+213+215
НДС: 13%
По счету/Invoice; Наличными/Cash ✓
Сумма платежа: 807

**Прием отправления/Acceptance**

Я подтверждаю, что отправление не содержит предметы, запрещенные к пересылке. Обязуюсь соблюдать все правила и условия, изложенные в Руководстве по услугам Исполнителя.

Подпись отправителя/Sender's signature: [signature]

Соглашение между Исполнителем и Заказчиком о приемке Груза на условиях, изложенных в Руководстве, считается заключенным с момента подписания Отправителем (Заказчиком) бланка накладной.

Примечания экспедитора: с уведомлением
Переадресация; Возврат
Подпись сотрудника: [signature] №

Код безопасности отправления/Security code:

**Подтверждение доставки/Proof of delivery**

Я подтверждаю, что отправление доставлено и вручено в закрытом виде, без внешних повреждений упаковки, упаковочных материалов и пломб, вес отправления соответствует весу, определенному при его приеме.

Подпись получателя/Receiver's signature: [signature]
Ф.И.О. получателя/Receiver's name: мать. Койчуманова
Дата/Date: 14/08/08 Время/Time: 12:00 №: 194

Копия PONY EXPRESS/Copy of PONY EXPRESS